# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**UNITED STATES OF AMERICA ,**   )
                                  )
        Plaintiff,   )
                                  )
**VERSUS**                        )
                                  )   No. 3:09-00218
                                  )   Judge William J. Haynes, Jr.
                                  )
**ABDOLREZA ERFANI,**             )
                                  )
        Defendant.   )

## MOTION TO RESCHEDULE STATUS CONFERENCE OR IN THE ALTERNATIVE TO EXCUSE COUNSEL

Defendant, Abdolreza Erfani, by and through counsel, respectfully requests that

the Court reschedule the status conference currently scheduled in this cause for October

12, 2012, at 4:00 p.m.  In support of this request, counsel would show that he is currently

on vacation traveling with his family out of state, and not scheduled to return until

October 13, 2012.  In the alternative, counsel requests that the Court excuse counsel from

participating in the status conference.

Respectfully submitted this the 10th day of October, 2012.

*[handwritten annotation:]* And SO. The October 12, 2012 conference is reset for October 22, 2012 at 4:00 PM. William [signature] 10-10-12

/s/ Craig P. Fickling
CRAIG P. FICKLING, BPR # 14845
Attorney for Abdolreza Erfani
118 East First Street
Post Office Box 1483
Cookeville, TN 38503
Telephone (931) 528-6403