UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:09-00218 |
| | ) | |
| V. | ) | THE HONORABLE |
| | ) | WILLIAM HAYNES |
| | ) | CHIEF JUDGE |
| HASSAN SHAMS | ) | |

HASSAN SHAMS' MOTION
TO CONTINUE STATUS CONFERENCE

Hassan Shams respectfully requests that this Honorable Court continue the Status Conference that is currently set for October 12, 2012. Undersigned counsel is currently in a trial in the matter of U.S. v. Allen, 3:11-00194, in Judge Campbell's Court. Said trial is expected to go until Friday, October 12, 2012, or Monday, October 15, 2012. Defense counsel is available October 16, 2012, October 19, 2012.

Respectfully Submitted:

*Deanna Bell Johnson*
Deanna Bell Johnson
Post Office Box 2494
Brentwood, Tennessee 37027
615-403-6622

*[Handwritten annotation: Granted. This motion is GRANTED. The conference is reset for October 19, 2012 at 3:00 pm. 10-10-12]*

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been filed by using the CM/ECF, which will send a Notice of Filing Electronic Filing to all counsel of record on October 9, 2012, 2012.

*Deanna Bell Johnson*
Deanna Bell Johnson