IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | Case No. 3:09-00218 |
| | ) | Chief Judge Haynes |
| VAZGEN FAKHOORIAN (4). | ) | |

**MOTION TO CLARIFY ORDER FOUND AT DOCKET ENTRY NO. 250**

Comes now counsel for Vazgen Fakhoorian and would respectfully move the Court for clarifying language as to whether Mr. Fakhoorian, and other Defendants, are required to be present at the status hearing that has been set for Friday, October 12, 2012, at 4:00.

It appears to counsel that the requested relief in the motion to set the status hearing is to set a trial date and corresponding scheduling dates typically found in cases such as this and that the Defendants presence may not be necessary.

[Handwritten annotation: ORDER — This motion is granted. Only counsel are required to be present. Will be set 10-11-12]

Respectfully Submitted,

/s/ Barry R. Tidwell
Barry R. Tidwell, # 20544
218 W. Main Street
Murfreesboro, Tennessee 37130
(615) 893-1239

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing with the CM/ECF system or by regular US Mail, postage pre-paid, on this the 10th day of October, 2012, to all those who would normally be served in this case including Alex Little of the United States Attorneys Office.

/s/ Barry R. Tidwell
Barry R. Tidwell