IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-00218-10 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| MEHRAN GONYAEI, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

A trial is set in this action for **Tuesday, January 15, 2013 at 9:00 a.m.** Motions in this action are due by **Wednesday, November 14, 2012.** Responses are due by **Wednesday, November 28, 2012.** A hearing on any motions is set in this matter for **Monday, December 3, 2012 at 10:00 a.m.** The plea deadline is set for **Monday, December 10, 2012 at 1:30 p.m.**

It is so **ORDERED**.

ENTERED this the _16_ day of October, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge