UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:09-00218 |
| | ) | |
| V. | ) | THE HONORABLE |
| | ) | WILLIAM HAYNES |
| | ) | CHIEF JUDGE |
| HASSAN SHAMS | ) | |

HASSAN SHAMS' MOTION
TO CANCEL STATUS CONFERENCE

Hassan Shams respectfully requests that this Honorable Court cancel the Status Conference that is currently set for October 19, 2012. Undersigned counsel was under the impression that the Status Conference that was re-scheduled from October 12, 2012, would be re-scheduled as to all Defendants. However, it appears from the Docket that Mr. Shams will have his own Status Conference on October 19, 2012. Undersigned Counsel is aware of the Order (D.E. 259) setting this case for trial on January 15, 2012, and setting other deadlines as well. Undersigned counsel does not see any need to use the Court's time for another Status Conference. In addition, undersigned counsel would like to go out of town for Fall Break with her family to celebrate counsel's grandmother's 93rd Birthday.

Respectfully Submitted:

*Deanna Bell Johnson*
Deanna Bell Johnson
Post Office Box 2494
Brentwood, Tennessee 37027
615-403-6622