IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case NO. 3:09-00218(4) |
| | ) | Chief Judge Haynes |
| VAZGEN FAKHOORIAN | ) | |

## MOTION FOR BRIEF CONTINUANCE OF MOTION DEADLINE

Comes now the Defendant, Vazgen Fakhoorian, by and through counsel, and would move the Court for an Order allowing a two week continuance of the motion filing deadline that is currently set for November 14, 2012, to November 28, 2012, and a corresponding extension of the time for the government to respond. As grounds for this motion counsel would show the Court the following:

1. The Court has previously set a motion filing deadline in this case for November 14, 2012, and a response date of November 28, 2012. (DE 259).

2. Counsel started trial in the case of *United States v. Travis Gentry*, TNMD, No. 3:11-00082(1), on October 23, 2012. Counsel is now in the fourth calendar week of this trial. The jury was given the case on the morning of November 14, 2012, and as this motion is being prepared, counsel is waiting on a verdict. Needless to say, counsel has spent the better part of the last eight to ten weeks either preparing for trial or trying this case, with very little time to focus and prepare to file motions in the case before the Court.