UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
) No. 3:09-00218
v. ) CHIEF JUDGE HAYNES
)
PEJMAN KARSHENAS NAJAFABADI

## MOTION TO JOIN CO-DEFENDANTS' MOTIONS

Comes now the Defendant Pejman Karshenas Najafabadi, through counsel, and respectfully moves this Honorable Court to allow him to join the following Co-Defendants' Motions.

1. Co-Defendant Vazgen Fakhoorian's Motion for a brief continuance of motion deadline (D.E. # 276);

2. Co-Defendant Hassan Shams' Motion for co-conspirators' statements (D.E. # 277);

3. Co-Defendant Hassan Shams' Motion for daily transcripts (D.E. # 278);

4. Co-Defendant Hassan Shams' Motion for disclosure of impeaching information (D.E. # 279);

5. Co-Defendant Hassan Shams' Motion for Enright hearing (D.E. # 280);

6. Co-Defendant Hassan Shams' Motion for identification of recordings (D.E. # 282);

7. Co-Defendant Hassan Shams' Motion for early Jencks disclosure (D.E. # 283);

8. Co-Defendant Hassan Shams' Motion to exclude other acts evidence (D.E. # 286);

9. Co-Defendant Hassan Shams' Motion for additional peremptory challenges (D.E. # 287);

10. Co-Defendant Hassan Shams' Motion for disclosure of all plea agreements (D.E. # 288);

11. Co-Defendant Hassan Shams' Motion for disclosure of rule 404(b) information (D.E. # 289);