IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

vs.

No. 3:09-00218

CHIEF JUDGE HAYNES

REZA KOUSHBAGHI,
FARHAD SHAHBAZI MATIN,
VAZGEN FAKHOORIAN,
PEJMAN KARSHENAS NAJAFABADI,
PEDRAM MOHAMMADABADI,
FARZANEH SADKHOSRAVI,
HASSAN SHAMS,
ABDOLREZA EFRANI,
MEHRAN GONYAEI and
HOSSEIN MOHAMMADABADI

*[handwritten: This motion is Granted. /s/ 11-19-12]*

MOTION TO DECLARE CASE EXTENDED AND COMPLEX
AND
APPROVE CASE BUDGETING

Comes now, Mehran Gonyaei, through his appointed counsel John P. Cauley, and on behalf of all named defendants in this case, and moves that this Honorable Court declare this case extended and complex and approve Case Budgeting pursuant to 18 U.S.C. § 3006A and Guide to Judiciary Policy, Vol. 7, Chapter Two, § 230.26. In support of this Motion, counsel would show the following:

1. At this time, this case involves eleven (11) defendants—ten (10) who have

Case 3:09-cr-00218   Document 294   Filed 11/16/12   Page 1 of 6 PageID #: 788