IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. 3:09-00218-01 Chief Judge Haynes |
| v. | ) ) | |
| REZA KOUSHKBAGHI, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Funds in this action are on deposit in the Bank of America Court Online Banking system (COLB). Due to the discontinuance of COLB by the Bank of America, it is necessary to transfer these funds to another banking institution in downtown Nashville pursuant to this Court's Local Rule 67.01(b). The Clerk of Court informed the Court that the Clerk personally contacted the attorney of record for the depositor in this action. The attorney of record in this action has until **Monday February 25, 2013**, to file an election as to which bank's downtown branch the attorney of record selects to transfer the funds on deposit in COLB, that is, an interest bearing money market account.

The Court has faxed a copy of this Order to the attorney of record.

It is so **ORDERED**.

ENTERED this the 21st day of February, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court