UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | Case No. 3:09-cr-00218 |
| | Judge HAYNES |
| v. | |
| PEDRAM MOHAMMADABADI, | |
| Defendant | |

NOTICE OF INTENT TO CHANGE PLEA AND MOTION FOR EXTENSION OF
TIME TO ENTER PLEA

The defendant respectfully asks the court to extend by ten days or more the deadline for

entering a plea in this case. He has reached an agreement with the government that will

settle this case without a trial, but both sides need to iron out some of the logistics of the

plea. The government supports this request.


Respectfully submitted,

/s/ Joseph F. Edwards

Joseph F. Edwards
Attorney for Defendant
1957 Benson Road
Cookeville, TN 38506
931-537-9154
jedwardsjd@frontiernet.net


Certificate of Service: I certify that a copy of this motion will be server on all counsel of
record upon the filing of this document via the Electronic Case Management System
today, May 2, 2013.

/s/ Joseph F. Edwards