IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| vs. | ) | Case No. | 3:09-00218 |
| | ) | | Chief Judge Haynes |
| FARHAD MATIN | ) | | |

## MOTION TO EXTEND PLEA DEADLINE

Comes now G. Kerry Haymaker, counsel of record for Defendant Farhad Matin and hereby moves this Honorable Court to extend the deadline that the Court has set for a plea in the above referenced case. The defendant requests that the plea deadline be extended to Friday, May 3, 2013. In support of this Motion, counsel has attached an Affidavit.

Respectfully Submitted,

HAYMAKER & HEROUX, P.C.

_s/ G. Kerry Haymaker_
G. Kerry Haymaker, B.P.R. #18695
Attorney for Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the Electronic Filing System to **Blanche Cook**, Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 2nd day of May, 2013.

_s/ G. Kerry Haymaker_
G. Kerry Haymaker

1