UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:09-00218 |
| | ) |
| v. | ) |
| | ) THE HONORABLE |
| | ) WILLIAM J. HAYNES, JR. |
| | ) CHIEF JUDGE |
| HASSAN SHAMS | ) |

### HASSAN SHAMS' MOTION TO CONTINUE PLEA DEADLINE AND TO CONTINUE PLEA HEARING

Defendant, Hassan Shams ("Shams"), respectfully requests that this Honorable Court continue the Plea Deadline and Plea Hearing Date as it pertains to Mr. Shams. The parties have this date entered into a plea agreement via e-mail correspondence. The parties need additional time to complete the necessary paperwork for this Plea Agreement and for Mr. Shams' Court Appearance. Therefore, the parties respectfully request that this Court extend the Plea Deadline and continue Mr. Shams' Plea Hearing date from Friday, May 3, 2013, to a later date.

1