IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

vs.

No. 3:09-00218

JUDGE HAYNES

MEHRAN GONYAEI

## JOINT MOTION TO SET SENTENCING HEARING; RETURN PASSPORT AND END PRETRIAL SUPERVISION

*handwritten annotation: Order / The motion is Granted for the date requested and to terminate pretrial supervision. The hearing is set for July 12, 2013 at 3:00 on [signature] 6-10-13*

### Sentencing Date

Come now the parties and jointly move that this Honorable Court to set the sentencing hearing in this matter for August 12, 2013. That date was the date originally proposed by the Court but counsel for Mr. Gonyaei had a conflict created by a jury trial set begin August 5, 2013 and projected to last as long as eight weeks. After discussion with the United States Probation Officer responsible for drafting the Presentence Investigation Report the decision was made to ask that the Court set the sentencing for August 12, 2013. The expectation is that the report will be complete in advance of that date and the parties will seek an earlier date in order to accommodate counsel for Mr. Gonyaei schedule.

### Pretrial Supervision

The parties also jointly move that this Court grant their request to end pretrial supervision of Mr. Gonyaei. In support of this motion the parties would assert that the guilty plea entered by Mr. Gonyaei was to the class "A" misdemeanor of conspiracy to