IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

vs.

No. 3:09-00218

JUDGE HAYNES

REZA KOUSHBAGHI,
FARHAD SHAHBAZI MATIN,
VAZGEN FAKHOORIAN,
PEJMAN KARSHENAS NAJAFABADI,
PEDRAM MOHAMMADABADI,
FARZANEH SADKHOSRAVI,
HASSAN SHAMS,
ABDOLREZA EFRANI,
MEHRAN GONYAEI and
HOSSEIN MOHAMMADABADI

## AGREED MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Mehran Gonyaei, by and through appointed counsel John P. Cauley, and, joined by AUSA Blanche Cook, moves that this Court reset his sentencing hearing — currently scheduled to occur on August 12th 2013 — to a date after September 30, 2013.

As grounds for this request counsel states that, due to intervening federal criminal trial obligations, they need addition time to resolve issues raised in the Presentence Investigation Report and to prepare for sentencing.

For these reasons the parties ask that this Court reset the change of plea hearing to a date after September 30, 2013.

RESPECTFULLY SUBMITTED,

/s/ John P. Cauley
John P. Cauley, Attorney

Case 3:09-cr-00218  Document 468  Filed 08/05/13  Page 1 of 4 PageID #: 1381